**Electronically Filed
Supreme Court
SCWC-17-0000827
22-MAR-2022
07:49 AM
Dkt. 3 ODAC**

SCWC-17-0000827

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF HAWAII FIRE FIGHTERS ASSOCIATION,
IAFF, LOCAL 1463, AFL-CIO,
Petitioner/Complainant-Appellant-Appellant,
and
RICK BLANGIARDI, MAYOR, CITY AND COUNTY OF HONOLULU;
SHELDON K. HAO, FIRE CHIEF, CITY AND COUNTY OF HONOLULU;
HONOLULU FIRE DEPARTMENT, CITY AND COUNTY OF HONOLULU;
and CITY AND COUNTY OF HONOLULU,
Respondents/Respondents-Appellees-Appellees,
and
HAWAII LABOR RELATIONS BOARD; KERRY KOMATSUBARA;
SESNITA A.D. MOEPONO; and J N. MUSTO (2016-001),
Respondents/Agency-Appellees-Appellees

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000827; CIVIL NO. 16-1-1390-07)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on February 7, 2022, by Petitioner/Complainant-Appellant-Appellant Hawaii Fire Fighters Association, IAFF, Local 1463, AFL-CIO is hereby rejected.

DATED: Honolulu, Hawai'i, March 22, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

